

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 14, 2022

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

   Re: *United States v. Ronald Rogers, Anauncia Rogers,* **22 Cr. 321 (JMF)**

Dear Judge Furman:

  The Government writes in advance of the arraignment and initial conference in this matter that is scheduled for June 30, 2022, at 3 p.m. Although the 70-day trial clock under the Speedy Trial Act does not begin to run until arraignment, *see United States v. Nixon*, 779 F.2d 126 (2d Cir. 1985), the Government nevertheless requests the express exclusion of time in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7) from today's date until June 30, 2022. The interests served by such an exclusion outweigh the public and the defendants' interest in a speedy trial because an exclusion will allow the Government to begin gathering and producing and will ensure the effective representation of counsel in light of difficulties in attorney-client communication occasioned by the COVID-19 pandemic. Counsel for the defendants consent to the requested exclusion.

           Respectfully submitted,

           DAMIAN WILLIAMS
           United States Attorney

       By: _____
         Matthew J. King
         Assistant United States Attorney

Cc: Ian Marcus Amelkin, Esq. (via ECF)
   Judy Fleming, Esq. (via email)