# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

October 4, 2023

**Via ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:    United States v. Ronald Rogers
       22-cr-00321-JMF-1

Dear Judge Furman:

Please find attached a copy of Mr. Rogers's OSHA-30 hour certificate which he completed on September 24, 2023.

Respectfully submitted,

/s/

Ian Marcus Amelkin, Esq.
(212) 417-8733

cc:    AUSA Matthew King, Esq.



# Certificate of Completion

## Chisina Fox Certifies that

## Ronald Rogers

Has successfully completed 30 hours of OSHA 29 CFR 1926 training during
September 16th to September 24th, 2023
through video-conference originated from New York City.





**URBAN UPBOUND**
*Tackling Poverty, Changing Lives*

Outreach OSHA Authorized Trainer

AOCF09242306

*"As an OSHA Outreach trainer, I verify that I have conducted this OSHA Outreach training class in accordance with OSHA Outreach Training Program requirements. I will document this class to my OSHA Authorizing Training Organization. Upon successful review of my documentation, I will provide each student their completion card within 90 days of the end of the class."*